UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| MARK CHRISTIANS, | ) | |
| | ) | |
| Appellant, | ) | 26-1168 |
| | ) | |
| v. | ) | |
| | ) | |
| DARRIN YOUNG, in his individual | ) | |
| capacity; DAN SULLIVAN, in his | ) | |
| official capacity; TROY PONTO, | ) | MOTION FOR DISMISSAL FOR FAILURE |
| Deputy Warden SDSP, individual | ) | TO PROSECUTE OR ALTERNATIVE |
| and official capacity; JESSICA | ) | MOTION FOR AMENDED CROSS |
| COOK, Associate Warden | ) | APPEAL BRIEFING SCHEDULING |
| SDSP/Jameson, individual and | ) | ORDER |
| official capacity; BRENT FLUKE, | ) | |
| Warden MDSP, individual and | ) | |
| official capacity; REBECCA | ) | |
| SCHIEFFER, Associate Warden | ) | |
| MDSP, individual and official | ) | |
| capacity; ALEX REYES, Associate | ) | |
| Warden MDSP, individual and | ) | |
| official capacity; CODY HANSON, | ) | |
| Unit Manager Jameson, individual | ) | |
| and official capacity; SETH | ) | |
| HUGHES, Unit Manager Jameson, | ) | |
| individual and official capacity; | ) | |
| NANCY CHRISTENSEN, Unit | ) | |
| Manager MDSP, individual and | ) | |
| official capacity; DEREK EKEREN, | ) | |
| Unit Coordinator Jameson, | ) | |
| individual and official capacity; | ) | |
| DEB EILERS, Unit Coordinator | ) | |
| MDSP, individual and official | ) | |
| capacity; LAURIE STRATMAN, | ) | |
| Unit Coordinator MDSP, individual | ) | |
| and official capacity; JULIE | ) | |
| STEVENS, Case Manager MDSP, | ) | |
| individual and official capacity; | ) | |
| CRAIG MOUSEL, Property Officer, | ) | |
| SDSP, individual and official | ) | |
| capacity; MIKE LEIDHOLT, | ) | |
| individual capacity; KELLIE | ) | |
| | ) | |

WASKO, official capacity; )
PECHOUS, Unit Coordinator, )
individual and official capacity; )
GENIE BIRCH, Program Manager, )
individual and official capacity; )
GREASMAN, Correctional Officer, )
individual and official capacity; )
DAWN ALUMBAUGH, Correctional )
Officer, individual and official )
capacity; MARJAMA, Correctional )
Officer, individual and official )
capacity; WINTERS, Correctional )
Officer, individual and official )
capacity; PADILLA, Correctional )
Officer, individual and official )
capacity; MULLINS, Correctional )
Officer, individual and official )
capacity; HULSCHER, Correctional )
Officer, individual and official )
capacity; DREISKE, Former Deputy )
Warden, individual capacity; )
BECKER, Lieutenant, individual )
and official capacity; HETTIG, )
Lieutenant, individual and official )
capacity; SORENSON, Lieutenant, )
individual and official capacity; )
PERRET, Lieutenant, individual )
and official capacity, Lt. Maddox, )
Lieutenant MDSP, individual and )
official capacity; Nyreen, Unit )
Coordinator Jameson, individual )
and official capacity; Unnamed )
Unit Coordinator, Jameson, )
individual and official capacity; )
Sharon Reimann, Mailroom )
Officer/SDSP, individual and )
official capacity; Dr. Mary )
Carpenter, Medical Director for )
Correction Health, individual and )
official capacity; Dr. Sultana, )
SDDOC Provider, individual and )
official capacity; Amber Gitchel, )
Medical Scheduling, individual and )
official capacity; Rachel Depree, )
Medical Supervisor, individual and )
official capacity; Dr. Karissa )

Zimmer, SDDOC Provider, )
individual and official capacity; )
Denny Kaemingk, South Dakota )
Secretary of Corrections, individual )
and official capacity; Doug Clark, )
Acting Warden, SDDOC Prisons, in )
his official capacity only; )
Barnetche, Correctional Officer )
SDDOC, individual and official )
capacity )
)
     Appellees. )

COME NOW, the above-named Defendants, by and through their undersigned counsel, Amanda Miiller, Deputy Attorney General, and hereby respectfully requests the Court to enter an Order dismissing Appellant's appeal for failure to prosecute or, in the alternative, enter an amended cross appeal briefing scheduling order. This motion is made for the reasons set forth below.

The Court entered an Appeal Briefing Scheduling Order in this matter on February 17, 2026. Christians' initial appellate brief was due on April 8, 2026. Christians filed a Motion to Extend Time on February 25, 2026. However, because he also filed a Motion to Reconsider in the district court, the motion was denied because the appeal was held in abeyance until the district court matter had resolved.

On March 10, 2026, after the district court matter had resolved, this Court entered a Cross Appeal Briefing Schedule. Christians' initial appellate brief was due on April 29, 2026. While Christians has filed motions to file an overlength brief and a motion to appoint counsel, he has not filed another motion to extend time. His initial brief was due five days ago, and one has not yet been filed. As a result, Appellees make this motion to dismiss. If

Christians files a brief that complies with Federal Rule Appellate Procedure 4(c), Appellees withdraw their motion.

In the alternative, Appellees respectfully request the Court to enter an Amended Cross Appeal Briefing Scheduling Order.

Dated this 4th day of May, 2026.

*/s/ Amanda Miiller*
Amanda Miiller
Deputy Attorney General
1302 East SD Highway 1889, Suite 1
Pierre, South Dakota 57501-8501
Telephone: (605) 773-3215
Amanda.Miiller@state.sd.us

CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of May, 2026, I electronically filed the Motion to Dismiss or alternative Motion for Amended Cross Appeal Briefing Scheduling Order with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

Mark Christians #35285
South Dakota State Penitentiary
P.O. Box 5911
Sioux Falls, SD 57117-5911

*/s/ Amanda Miiller*
Amanda Miiller
Deputy Attorney General